# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JAMES PATRICK O'NEIL,

    Plaintiff,

v.                                                  Case No. 16-13623

OAKLAND, COUNTY OF, et al.,

    Defendants.

_____/

## JUDGMENT

In accordance with the court's "Opinion and Order Granting Defendants' Motion to Dismiss" (Dkt. # 11) dated December 13, 2016,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants Oakland County, Oakland County Sheriff's Department, Jeremy Doty, and John Does 1-3 and against Plaintiff James Patrick O'Neil. Dated at Port Huron, Michigan, this thirteenth day of December, 2016.

                                                               DAVID J. WEAVER
                                                               CLERK OF THE COURT

                                                               BY: s/Lisa Wagner
                                                               Lisa Wagner, Deputy Clerk
                                                               and Case Manager to
                                                               Judge Robert H. Cleland

S:\Cleland\TLH\Civil\16-13623.ONEIL.judgment.tlh.wpd